IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**DIANA L. HIGGINBOTHAM, on behalf of
Herself and all others similarly situated,**

    **PLAINTIFF,**

**v.**                                          **CIVIL ACTION NO. 2-23-CV-375**

**BANK OF AMERICA, N.A.,**

    **DEFENDANT.**

### SUPPLEMENT TO PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS AND ENTRY OF SCHEDULING ORDER

Following the Status Conference held on June 12, 2024 (ECF No. 53), the parties conferred and revised the Class Settlement and Release Agreement; Notice of Proposed Settlement of Class Action; and Order on Motion for Preliminary Approval of Class Settlement and Settlement and Scheduling Order to address the Court's questions. The parties hereby submit those revised pleadings for the Court's consideration, along with redline versions to the initial pleadings, and respectfully request that the Court enter the revised Proposed Order for all the reasons set forth in Plaintiff's Memorandum in Support of her Unopposed Motion for Preliminary Approval of Settlement (ECF No. 49) and supporting materials.

Dated: June 24, 2024                                    Respectfully submitted,

                                                                  /s/ *Jonathan R. Marshall*
                                                                  Jonathan R Marshall
                                                                  Bailey & Glasser LLP
                                                                  209 Capitol Street

Charleston, WV 25301
Phone: (304) 345-6555
Fax: (304) 342-1110
Email: jmarshall@baileyglasser.com

Patricia M. Kipnis, Esq.
Bailey & Glasser LLP
923 Haddonfield Rd.
Suite 300
Cherry Hill, NJ 08002
Phone: (215) 274-9420
Fax: (304) 342-1110
Email: pkipnis@baileyglasser.com

James L. Kauffman
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
Phone: (202) 463-2101
Fax: (202) 463-2103
Email: jkauffman@baileyglasser.com

*Counsel for Plaintiff and Proposed Class Members*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of June, 2024 the foregoing was electronically filed and served through the Court's CM/ECF filing system to all counsel of record.

                                                /s/ *Jonathan R. Marshall*
                                                Jonathan R. Marshall