IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**DIANA L. HIGGINBOTHAM, on behalf of**
**Herself and all others similarly situated,**

    **PLAINTIFF,**

v.                                              **CIVIL ACTION NO. 2:23-CV-375**

**BANK OF AMERICA, N.A.,**

    **DEFENDANT**

### PLAINTIFF'S UNOPPOSED MOTION
### FOR FINAL APPROVAL OF SETTLEMENT

Plaintiff Diana Higginbotham, by counsel and on behalf of the conditionally certified class, hereby respectfully submits her Unopposed Motion for Final Approval of Settlement.[1] Plaintiff respectfully requests that the Court enter the parties' proposed Final Approval Order and Judgment:

(1) Pursuant to Fed. R. Civ. P. 23(e), determining that the Settlement is fair, adequate, and reasonable and granting final approval in all respects of the terms and provisions of the Class Settlement Agreement (ECF No. 24-1) ("Settlement Agreement"), which the Court preliminarily approved by Order entered on September 26, 2024 (ECF No. 65);

(2) Finally certifying the Settlement Class for settlement purposes only;

(3) Determining that the Notice provided to the Settlement Class satisfied Due Process requirements;

---

[1] Plaintiff separately filed her Unopposed Motion for Attorney's Fees and Expenses, Administrative Costs and Service Award on October 28, 2024 (ECF No. 66). Plaintiff is providing the Court with a Proposed Order approving both Motions with this filing.

(4) Dismissing on the merits and with prejudice the class and individual claims in this action without costs to Defendant; and

(5) Retaining jurisdiction over this action for the purpose of interpretation and enforcement of the Settlement Agreement, including oversight of settlement administration and distribution of Settlement Funds.

For the reasons set forth more particularly in her Memorandum in Support of the Motion, Plaintiff respectfully requests that the Court grant this Motion, which Defendant does not oppose.

Dated: December 12, 2024

Respectfully submitted,

*/s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
jmarshall@baileyglasser.com

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

Denali Hedrick (WVSB #14066)
Bailey & Glasser, LLP
94 Long Street Suite 200
Morgantown, WV 26501
(304) 414-6003
dhedrick@baileyglasser.com

James L. Kauffman (DC Bar No. 1020720)
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
(202) 463-2101
jkauffman@baileyglasser.com

*Counsel for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of December, 2024, the foregoing was electronically filed and served through the Court's CM/ECF system to all counsel of record.

                                            */s/ Jonathan R. Marshall*
                                            Jonathan R. Marshall